IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:   19-cv-03008-RBJ | Date:  February 20, 2020 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| ADDISON INSURANCE COMPANY **Plaintiff** | J. Park Jennings |
| v. | |
| MICHAEL VEVERKA **Defendant** | Eric B. Ballou |

**COURTROOM MINUTES**

**SCHEDULING CONFERENCE**

Court in Session:  9:30 a.m.

Appearance of counsel.

Discussion held on claims and defenses.

**FIVE DAY JURY TRIAL** is set for **May 3, 2021, at 9:00 a.m.** before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** on **April 6, 2021, at 1:30 p.m**. in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.   Parties are to have exchanged and conferred on jury instructions, exhibit lists and witness lists.  Parties are to be prepared to discuss jury instructions and disputed pretrial matters at the Trial Preparation Conference.  A pretrial order is not needed. Parties are to submit stipulated and disputed jury instructions to chambers one week prior to the Trial Preparation Conference.

**The Court accepts the proposed limits and deadlines which include:**

Dispositive Motion Deadline: February 21, 2021.

Discussion held on damages, experts, depositions, requests for admissions, and pending motion to dismiss.

**ORDERED:   [17] Motion to Dismiss is GRANTED, as stated on the record.**

Deadline to amend pleadings: April 30, 2020.

The Court outlines its practice standards as to discovery disputes.

Rebuttal expert deadline: January 7, 2021.

Discussion held on amending pleadings to include breach of contract claim.

**ORDERED:   Defendant's request to amend counterclaims is GRANTED, as stated on the record.**

**Proposed Scheduling Order was approved and entered with interlineations made by the court.**

Court in Recess:  10:05 a.m.          Hearing concluded.          Total time in Court:  00:35